Kelly H. Dove
Nevada Bar No. 10569
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: kdove@swlaw.com
        tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE L. BELLAMY,<br><br>                    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; WELLS FARGO BANK, N.A.; and AMERICA FIRST CREDIT UNION,<br><br>                    Defendants. | Case No. 2:22-cv-00726-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Jesse L. Bellamy ("Plaintiff"), through his attorney, Contemporary Legal Solutions, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo was served with Plaintiff's Complaint on May 11, 2022.  Wells Fargo's response to the Complaint is currently due June 1, 2022.  In the interest of conserving client and judicial resources, Plaintiffs and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **June 24, 2022**, in which to file its responsive pleading.  This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

Snell & Wilmer
L.L.P.
LAW OFFICES
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
801.257.1900

Dated:  May 24, 2022                                    SNELL & WILMER l.l.p.


                                              By: */s/ Tanya N. Lewis*
                                                  Kelly H. Dove
                                                  Tanya N. Lewis
                                                  3883 Howard Hughes Parkway
                                                  Suite 1100
                                                  Las Vegas, Nevada  89169

                                                  *Attorneys for Defendant Wells Fargo, N.A.*

Dated:  May 24, 2022                              CONTEMPORARY LEGAL SOLUTIONS, PLLC


                                              By:  */s/ Robert M. Tzall*
                                                   Robert M. Tzall, Esq.
                                                   2551 N Green Valley Pkwy
                                                   Building C, Suite 303
                                                   Henderson, Nevada 89014

                                                   *Attorneys for Plaintiff Jesse L. Bellamy*

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:27 pm, May 25, 2022


**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** to be served via CM/ECF electronic filing system to the following:

Eliyahu Babad, Esq. (pro hac vice pending)
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
ebabad@steinsakslegal.com

Robert M. Tzall, Esq.
Contemporary Legal Solutions, PLLC
2551 N Green Valley Pkwy
Building C, Suite 303
Henderson, Nevada 89014
office@contemporarylegalsolutions.com

*Attorneys for Plaintiff Jesse L. Bellamy*

DATED: May 24, 2022.

/s/  *Susan Ballif*
An Employee of Snell & Wilmer L.L.P.

4855-0712-6817

Snell & Wilmer
L.L.P.
LAW OFFICES
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
801.257.1900