Robert M. Tzall, Esq.
Nevada State Bar No. 13412
Contemporary Legal Solutions
2551 North Green Valley Parkway
Building C, Suite 303
Henderson, NV 89014
(702) 666-0233
office@contemporarylegalsolutions.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jesse L. Bellamy,<br><br>    Plaintiff,<br><br>    -against-<br><br>Experian Information Solutions, Inc.;<br>TransUnion, LLC;<br>Well Fargo Bank, N.A.; and<br>America First Credit Union;<br><br>    Defendant(s). | Case No.: 2:22-cv-726<br>-APG-BNW |

Plaintiff Jesse Bellamy ("Plaintiff") hereby files her Unopposed Motion for Extension of Time for TransUnion to Answer ("Motion") and in support states:

1.   Plaintiff and TransUnion are actively engaged in case-resolution negotiations.

2.   Plaintiff does not oppose an extension of TransUnion's time to Answer the Complaint so that the parties may devote their energies to resolving this matter. Trans Union files this Motion consistent with its agreement with Plaintiff and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading to June 24, 2022.

3.   The Motion is not for delay.

4.   This is TransUnion's first extension of time and the requested extension does not prejudice the parties.

5. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date, to June 24, 2022, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

Dated: June 2, 2022

*s/ Robert Tzall*
Robert M. Tzall, Esq.
Nevada State Bar No. 13412
Contemporary Legal Solutions
2551 North Green Valley Parkway
Building C, Suite 303
Henderson, NV 89014
(702) 666-0233
office@contemporarylegalsolutions.com

*Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED**

**DATED:** 8:19 pm, June 09, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -