**Eliyahu Babad**
**Admitted Pro Hac Vice**
**Stein Saks, PLLC**
**One University Plaza, Suite 620**
**Hackensack, NJ 07601**
**Email: ebabad@steinsakslegal.com**

**Robert M. Tzall**
**Nevada Bar No. 13412**
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

**Jennifer L. Braster**
**Nevada Bar No. 9982**
**Benjamin B. Gordon**
**Nevada Bar No. 15552**
NAYLOR & BRASTER
1050 Indigo Drive Suite 200
Las Vegas, NV 89145
Tel:  702-420-7000
jbrater@nblawnv.com
bgordon@nblawnv.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jesse L. Bellamy,<br><br>      Plaintiff,<br><br>  vs.<br><br>Experian Information Solutions, Inc.;<br>TransUnion, LLC;<br>Well Fargo Bank, N.A.; and<br>America First Credit Union;<br><br>      Defendants. | Docket No.  2:22-CV-726-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

IT IS HEREBY STIPULATED by and between Plaintiff Jesse L. Bellamy ("Plaintiff") and

Experian Information Solutions, Inc. ("Defendant"), by and through their respective counsel of

record, that the above-captioned action, as it pertains to Experian,  hereby is dismissed with

prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.  Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  September 8, 2022

| STEIN SAKS, PLLC | NAYLOR & BRASTER |
|---|---|
| /s/*Eliyahu Babad*<br>Eliyahu Babad<br>One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>Email: ebabad@steinsakslegal.com<br><br>Robert M Tzall<br>Contemporary Legal Solutions PLLC<br>2551 N Green Valley Pkwy Building C, Suite 303<br>Henderson, NV 89014<br>Email: office@contemporarylegalsolutions.com | /s/ *Benjamin Gordon*<br>Jennifer L Braster<br>Benjamin Bradwell Gordon<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@naylorandbrasterlaw.com<br>Email: bgordon@nblawnv.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Experian Information Solutions, Inc.* |

**IT IS SO ORDERED.**

 **United States District Court Judge**
DATED: September 9, 2022