**Eliyahu Babad**
**Admitted Pro Hac Vice**
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Email: ebabad@steinsakslegal.com

**Robert M. Tzall**
**Nevada Bar No. 13412**
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

**Marisa A. Pocci**
Litchfield Cavo LLP
3993 Howard Hughes Parkway Ste 100
Las Vegas, NV 89109
Tel:  702-949-3100
pocci@litchfieldcavo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jesse L. Bellamy,<br><br>         Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc.;<br>TransUnion, LLC;<br>Well Fargo Bank, N.A.; and<br>America First Credit Union;<br><br>         Defendants. | Docket No.  2:22-CV-726-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO AMERICA FIRST CREDIT UNION** |

IT IS HEREBY STIPULATED by and between Plaintiff Jesse L. Bellamy ("Plaintiff") and America First Credit Union ("Defendant"), by and through their respective counsel of record, that the above-captioned action, as it pertains to America First Credit Union, hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the

parties to bear their own fees and costs.      Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  November 1, 2022

| **STEIN SAKS, PLLC** | **LITCHFIELD CAVO, LLP** |
|---|---|
| /s/*Eliyahu Babad* | */s/ Marisa A. Pocci* |
| Eliyahu Babad | Marisa A. Pocci |
| One University Plaza, Suite 620 | 3993 Howard Hughes Parkway Ste 100 |
| Hackensack, NJ 07601 | Las Vegas, NV 89109 |
| Email: ebabad@steinsakslegal.com | Email: pocci@litchfieldcavo.com |
| | |
| Robert M Tzall | |
| Contemporary Legal Solutions PLLC | |
| 2551 N Green Valley Pkwy Building C, Suite 303 | |
| Henderson, NV 89014 | |
| Email: office@contemporarylegalsolutions.com | |
| | *Attorneys for Defendant America First Credit Union* |
| *Attorneys for Plaintiff* | |

                       **IT IS SO ORDERED.**

                       **United States District Court Judge**
                       DATED: November 4, 2022