# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE L. BELLAMY,<br><br>　　　Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTCIONS, INC., et al.,<br><br>　　　Defendants | Case No.: 2:22-cv-00726-APG-BNW<br><br>**Order** |

On October 26, 2022, plaintiff Jesse Bellamy and defendant Wells Fargo Bank, N.A. advised the court that they had settled the dispute between them. ECF No. 33.  They requested 60 days to file dismissal documents. *Id.*  No stipulation to dismiss has been filed.

I THEREFORE ORDER that by February 10, 2023, plaintiff Jesse Bellamy and defendant Wells Fargo Bank, N.A. shall file a stipulation of dismissal or a status report.

DATED this 30th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE