1  **Eliyahu Babad**
**Admitted Pro Hac Vice**
2  Stein Saks, PLLC
One University Plaza, Suite 620
3  Hackensack, NJ 07601
Email: ebabad@steinsakslegal.com
4

5  **Robert M. Tzall**
**Nevada Bar No. 13412**
6  Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
7  Suite 303
Henderson, NV 89014
8  Tel: 702-666-0233
office@contemporarylegalsolutions.com
9

10

11

12                       IN THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF NEVADA
13

14  Jesse L. Bellamy,                          ) Docket No.  2:22-CV-726-APG-BNW
                                               )
15            Plaintiff,                       )
                                               ) **STIPULATION AND ORDER OF**
16       vs.                                   ) **DISMISSAL WITH PREJUDICE AS TO**
    Experian Information Solutions, Inc.;      ) **WELLS FARGO BANK, N.A.**
17  TransUnion, LLC;                           )
    Well Fargo Bank, N.A.; and                 )
18  America First Credit Union;                )
                                               )
19            Defendants.                      )

20  IT IS HEREBY STIPULATED by and between Plaintiff Jesse L. Bellamy ("Plaintiff") and Wells

21  Fargo Bank, N.A. ("Defendant"), by and through their respective counsel of record, that the

22  above-captioned action, as it pertains to Wells Fargo Bank, N.A., hereby is dismissed with

23  prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the

24  parties to bear their own fees and costs.

25

26  Undersigned counsel represent that they are fully authorized by their respective clients to enter

27  into this Joint Stipulation with Prejudice.

28

**Respectfully Submitted,**

Dated: February 7, 2023

| **STEIN SAKS, PLLC** | **SNELL & WILMER, LLP** |
|---|---|
| /s/*Eliyahu Babad*<br>Eliyahu Babad<br>One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>Email: ebabad@steinsakslegal.com<br><br>Robert M Tzall<br>Contemporary Legal Solutions PLLC<br>2551 N Green Valley Pkwy Building C, Suite 303<br>Henderson, NV 89014<br>Email: office@contemporarylegalsolutions.com<br><br>*Attorneys for Plaintiff* | /s/ *Tanya N. Lewis*<br>Tanya N. Lewis<br>3883 Howard Hughes Pkwy Suite 1100<br>Las Vegas, NV 89169<br>Email: tlewis@swlaw.com<br><br><br><br><br><br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

**IT IS SO ORDERED.**

_____
**United States District Court Judge**

DATED: February 8, 2023

- 2 -